UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IT'SUGAR, LLC,<br><br>                      Plaintiff,<br><br>— against —<br><br>KANGAROO MANUFACTURING, INC.,<br>RICHMOND CAPITAL GROUP, LLC,<br>MZEED, INC., GTR SOURCE LLC,<br>RL INDUSTRIES, LLC, HAPPY ROCK<br>MERCHANT SOLUTIONS LLC, and<br>IN ADVANCE CAPITAL LLC,<br><br>                      Defendants. | Case No.: 1:18-CV-08267 (DLC)<br><br>**CONSENT JUDGMENT**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/14/2019 |

WHEREAS, Plaintiff commenced this interpleader action concerning certain funds in the amount of $43,405.23; and

WHEREAS the Court issued Judgments on default against Defendants Kangaroo Manufacturing, Inc., Mzeed, Inc., GTR Source LLC, and In Advance Capital LLC, all dated December 21, 2018; and

WHEREAS the parties hereto have agreed to resolve the claims at issue without further litigation, fees or costs except as set forth below; and

WHEREAS the parties hereto have stipulated and agreed to entry of this Consent Judgment; it is hereby ORDERED, ADJUDGED, and DECREED:

    1.    The Court has jurisdiction over the subject matter of this action and personal jurisdiction over the parties.

    2.    Plaintiff shall pay $30,000.00 out of the funds at issue to RL Industries, LLC.

3. Plaintiff shall retain the balance of the funds at issue, $13,405.23, in full settlement of its claims, including attorney's fees and costs in this action, against all parties. All other parties shall bear their own fees and costs in the action.

4. For purposes of settlement and this Consent Judgment, Defendants Richmond Capital Group, LLC, and Happy Rock Merchant Solutions LLC, have agreed that they shall not be entitled to any portion of the funds at issue in this action; and Defendants Richmond Capital Group, LLC, and Happy Rock Merchant Solutions LLC, are permanently restrained from instituting or maintaining any action against Plaintiff for the recovery of the funds at issue in this action or any portion thereof.

Dated: January 11, 2019

_____
DENISE COTE
United States District Judge

Stipulated to and agreed this 11th day of January, 2019:

GREENBERG TRAURIG, LLP

By: _____
Jason A. Scurti
200 Park Avenue
New York, New York 10166
(212) 801-9200
scurtij@gtlaw.com
*Attorneys for Plaintiff IT'SUGAR, LLC*


SHANKER LAW GROUP

By: _____
Deborah A. Johnson
101 Front Street
Mineola, New York 11501-4402
*Tel.* 516.741.4000
*Attorneys for Defendants RL Industries, LLC and
Happy Rock Merchant Solutions, LLC*

2

LAW OFFICES OF GABRIEL MENDELBERG

By: /s (w/ permission)
Gabriel Mendelberg
75 Maiden Lane, Suite 603
New York, NY 10038
*Tel.* 212 965 9800
gabe@mendelberglaw.com
*Attorneys for Defendant Richmond Capital Group, LLC*

3